UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MARTY L. LUKE, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | Case No. 1:09 CV 52 CDP |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

The defendant has filed a motion seeking a continuance in this matter, requested that the U.S. Marshal transfer Mr. Luke to the St. Charles County Jail and requests contact visits in the St. Chalres County Jail with the Mr. Luke and Dr. C. Robert Cloninger for interviews and evaluation.

Accordingly,

**IT IS HEREBY ORDERED** that the Movant's motion for a continuance [#30] is granted and the hearing previously scheduled for July 23, 2010 is continued and reset on **Friday, October 8, 2010 at 9:30 a.m.** Counsel should consult with one another and inform the Court whether the hearing should be held in Cape Girardeau or St. Louis.

**IT IS FURTHER ORDERED** that Movant's request to be transferred to the St. Charles County Jail is granted. The United States Marshals Service has

been contacted and Mr. Luke will be transported the St. Charles County, Missouri Jail, and will remain there until the completion of his § 2255 hearing or until further order of the court.

**IT IS FURTHER ORDERED** that Movant's request for contact visits with Dr. C. Robert Cloninger is granted. Dr. C. Robert Cloninger shall be allowed contact visits at the St. Charles County Jail on July 24, 2010 and July 31, 2010, or as necessary to perform his evaluation of Mr. Luke.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of July, 2010.